

FILED

AUG 22 2017

Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAWN L. SCHWANDT,<br><br>    Defendant. | 6:17-PO-5014-JCL<br>CVB Violation No:<br>F4872557<br><br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated July 10, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $80.00 to $55.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $55.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 1559 Trumble Cr., Kalispell, MT 59901.

ORDER ACCEPTING PLEA LETTER - Page 1

CVB is directed to enter **PF** as the disposition code.

DATED this 22nd day of August, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB